NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SURE FIT HOME PRODUCTS, LLC, SF HOME DECOR, LLC, ZAHNER DESIGN GROUP, LTD., HOOKLESS SYSTEMS OF NORTH AMERICA, INC.,**
*Plaintiffs-Appellants*

**v.**

**MAYTEX MILLS, INC.,**
*Defendant-Appellee*

---

2021-2048

---

Appeal from the United States District Court for the Southern District of New York in No. 1:21-cv-02169-LGS, Judge Lorna G. Schofield.

---

## JUDGMENT

---

MORRIS E. COHEN, Goldberg Cohen LLP, New York, NY, argued for plaintiffs-appellants.  Also represented by LEE A. GOLDBERG; DONALD RHOADS, Rhoads Legal Group PC, New York, NY.

DOUGLAS MORSEBURG, Leech Tishman Fuscaldo & Lampl, Inc., Pasadena, CA, argued for defendant-appellee.

Also represented by ESTHER J.A. CHOE, ALAN KINDRED, IVAN POSEY; ALAN TOWNER, Pittsburgh, PA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2022      /s/ Peter R. Marksteiner
      Date      Peter R. Marksteiner
      Clerk of Court